HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL M. WRIGHT, DIANA L. WRIGHT, INTERNAL REVENUE SERVICE, STATE OF WASHINGTON DEPARTMENT OF LABOR & INDUSTRIES, ISLAND COUNTY TREASURER, WASHINGTON DEPARTMENT OF REVENUE,<br><br>Defendants. | No. 2:21-cv-00024-MLP<br><br>**UNITED STATES' MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**July 2, 2021** |

Defendant United States of America moves the Court for summary judgment under Federal Rule of Civil Procedure 56 that $153,559.07 of the surplus funds from the trustee's non-judicial foreclosure sale of 386 SE Pasek St., Oak Harbor, WA 98277 ("Subject Property") be awarded to the United States of America.

//

//

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

1

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

# UNDISPUTED MATERIAL FACTS

The Internal Revenue Service ("IRS") made timely assessments against defendant Diana L. Wright for unpaid federal unemployment (Form 940) tax in the amounts and on the dates set forth below, with the unpaid balances, interest, and certain penalties, as follows:

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| 2001 | 10/10/2011 | $1,525.20 | (Unemployment Taxes) | $903.48 |
|  | 10/10/2011 | $60.88 | (Late Filing Penalty) |  |
|  | 10/10/2011 | $381.30 | (Late Payment Tax Penalty) |  |
|  | 10/10/2011 | $1,315.89 | (Interest) |  |
|  | 5/18/2015 | $63.12 | (Interest) |  |
| 2002 | 10/3/2011 | $1,288.05 | (Unemployment Taxes) | $745.93 |
|  | 10/3/2011 | $35.79 | (Late Filing Penalty) |  |
|  | 10/3/2011 | $322.01 | (Late Payment Tax Penalty) |  |
|  | 10/3/2011 | $955.37 | (Interest) |  |
|  | 11/21/2011 | $170.00 | (Collection Fees and Expenses) |  |
|  | 5/18/2015 | $52.42 | (Interest) |  |
| 2003 | 10/3/2011 | $1,720.19 | (Unemployment Taxes) | $608.61 |
|  | 10/3/2011 | $45.04 | (Late Filing Penalty) |  |
|  | 10/3/2011 | $430.05 | (Late Payment Tax Penalty) |  |
|  | 10/3/2011 | $1,121.79 | (Interest) |  |
|  | 5/18/2015 | $39.05 | (Interest) |  |
| 2004 | 10/10/2011 | $1,878.66 | (Unemployment Taxes) | $663.14 |
|  | 10/10/2011 | $51.11 | (Late Filing Penalty) |  |
|  | 10/10/2011 | $469.66 | (Late Payment Tax Penalty) |  |
|  | 10/10/2011 | $1,069.02 | (Interest) |  |
|  | 5/18/2015 | $42.54 | (Interest) |  |
| 2006 | 8/29/2011 | $2,210.11 | (Unemployment Taxes) | $1,749.58 |
|  | 8/29/2011 | $497.27 | (Late Filing Penalty) |  |
|  | 8/29/2011 | $552.53 | (Late Payment Tax Penalty) |  |
|  | 8/29/2011 | $732.92 | (Interest) |  |
|  | 5/18/2015 | $466.21 | (Interest) |  |
| 2007 | 8/29/2011 | $3,073.40 | (Unemployment Taxes) | $862.08 |
|  | 8/29/2011 | $80.09 | (Late Filing Penalty) |  |
|  | 8/29/2011 | $660.78 | (Late Payment Tax Penalty) |  |
|  | 8/29/2011 | $655.21 | (Interest) |  |
|  | 8/29/2011 | $307.32 | (Tax Deposit Penalty) |  |
|  | 10/3/2011 | $153.67 | (Tax Deposit Penalty) |  |
|  | 5/18/2015 | $52.82 | (Interest) |  |
| 2008 | 8/29/2011 | $1,737.36 | (Unemployment Taxes) | $516.73 |
|  | 8/29/2011 | $50.44 | (Late Filing Penalty) |  |
|  | 8/29/2011 | $269.29 | (Late Payment Tax Penalty) |  |
|  | 8/29/2011 | $228.92 | (Interest) |  |
|  | 5/18/2015 | $31.66 | (Interest) |  |

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

2

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| 2009 | 8/29/2011 | $922.81 | (Unemployment Taxes) | $268.24 |
| | 8/29/2011 | $27.18 | (Late Filing Penalty) | |
| | 8/29/2011 | $87.67 | (Late Payment Tax Penalty) | |
| | 8/29/2011 | $70.57 | (Interest) | |
| | 5/18/2015 | $16.18 | (Interest) | |
| | 5/18/2015 | $3.02 | (Late Payment Tax Penalty) | |
| 2010 | 8/29/2011 | $1,564.88 | (Unemployment Taxes) | $95.98 |
| | 8/29/2011 | $43.00 | (Late Filing Penalty) | |
| | 8/29/2011 | $54.77 | (Late Payment Tax Penalty) | |
| | 8/29/2011 | $41.46 | (Interest) | |
| | 5/18/2015 | $6.50 | (Interest) | |
| 2015 | 10/8/2018 | $42.00 | (Unemployment Taxes) | $76.17 |
| | 10/8/2018 | $9.45 | (Late Filing Penalty) | |
| | 10/8/2018 | $6.93 | (Late Payment Tax Penalty) | |
| | 10/8/2018 | $6.04 | (Interest) | |
| | 10/7/2019 | $3.64 | (Interest) | |
| | 10/7/2019 | $3.57 | (Late Payment Tax Penalty) | |
| 2016 | 8/21/2017 | $157.89 | (Unemployment Taxes) | $277.54 |
| | 8/21/2017 | $35.53 | (Late Filing Penalty) | |
| | 8/21/2017 | $5.53 | (Late Payment Tax Penalty) | |
| | 8/21/2017 | $4.33 | (Interest) | |
| | 10/8/2018 | $10.52 | (Interest) | |
| | 10/8/2018 | $21.32 | (Late Payment Tax Penalty) | |
| | 10/7/2019 | $13.25 | (Interest) | |
| | 10/7/2019 | $12.63 | (Late Payment Tax Penalty) | |
| 2017 | 8/20/2018 | $64.50 | (Unemployment Taxes) | $108.65 |
| | 8/20/2018 | $14.51 | (Late Filing Penalty) | |
| | 8/20/2018 | $2.26 | (Late Payment Tax Penalty) | |
| | 8/20/2018 | $2.07 | (Interest) | |
| | 10/7/2019 | $5.28 | (Interest) | |
| | 10/7/2019 | $8.70 | (Late Payment Tax Penalty) | |

*See* United States' Exhibit 1 (Lee Declaration) at Exhibits A (IRS Account Transcripts) and B (INTSTD Transcripts). As of April 30, 2021, these liabilities total $6,876.13.

The Internal Revenue Service ("IRS") made timely assessments against defendant Diana L. Wright for unpaid federal employer (Form 941) tax in the amounts and on the dates set forth below, with the unpaid balances, interest, and certain penalties, as follows:

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

3

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q1 2001 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $4,020.48<br>$452.62<br>$1,005.12<br>$3,907.42<br>$402.05<br>$201.02 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $6,515.34 |
| Q2 2001 | 3/26/2012<br>3/26/2012<br>3/26/2012<br>3/26/2012<br>3/26/2012<br>4/30/2012<br>5/14/2012 | $2,760.22<br>$621.05<br>$690.05<br>$2,666.10<br>$276.02<br>$138.01<br>$170.00 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty)<br>(Collection Fees and Expenses) | $10,313.04 |
| Q3 2001 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $3,886.38<br>$599.57<br>$971.59<br>$3,467.37<br>$205.40<br>$194.32 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $9,606.95 |
| Q4 2001 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011 | $2,006.94<br>$256.21<br>$501.73<br>$1,719.81 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest) | $3,803.48 |
| Q1 2002 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011 | $2,071.57<br>$264.40<br>$517.89<br>$1,712.57 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest) | $3,874.22 |
| Q2 2002 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $2,682.22<br>$427.37<br>$670.55<br>$2,134.79<br>$268.22<br>$134.11 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $6,178.47 |
| Q3 2002 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011 | $1,615.38<br>$193.39<br>$403.84<br>$1,236.66 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest) | $2,758.44 |
| Q4 2002 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011 | $2,003.41<br>$217.20<br>$500.85<br>$1,477.25 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest) | $3,059.07 |
| Q1 2003 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $2,674.30<br>$304.04<br>$668.57<br>$1,908.34<br>$267.42<br>$133.71 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $4,236.16 |

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

4

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q2 2003 | 9/12/2011 | $1,927.96 | (Employer Taxes) | $3,218.45 |
| | 9/12/2011 | $233.59 | (Late Filing Penalty) | |
| | 9/12/2011 | $481.99 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,328.98 | (Interest) | |
| Q3 2003 | 9/12/2011 | $2,817.78 | (Employer Taxes) | $5,530.94 |
| | 9/12/2011 | $405.62 | (Late Filing Penalty) | |
| | 9/12/2011 | $704.44 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,879.30 | (Interest) | |
| | 9/12/2011 | $281.78 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $140.89 | (Tax Deposit Penalty) | |
| Q4 2003 | 9/12/2011 | $3,760.95 | (Employer Taxes) | $7,411.61 |
| | 9/12/2011 | $548.40 | (Late Filing Penalty) | |
| | 9/12/2011 | $940.24 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $2,437.03 | (Interest) | |
| | 9/12/2011 | $376.08 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $188.05 | (Tax Deposit Penalty) | |
| Q1 2004 | 9/12/2011 | $4,491.19 | (Employer Taxes) | $6,805.58 |
| | 9/12/2011 | $508.30 | (Late Filing Penalty) | |
| | 9/12/2011 | $1,122.80 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $2,821.04 | (Interest) | |
| | 9/12/2011 | $449.12 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $224.56 | (Tax Deposit Penalty) | |
| Q2 2004 | 9/12/2011 | $3,792.73 | (Employer Taxes) | $5,351.20 |
| | 9/12/2011 | $403.83 | (Late Filing Penalty) | |
| | 9/12/2011 | $948.18 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $2,300.43 | (Interest) | |
| | 9/12/2011 | $379.26 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $189.64 | (Tax Deposit Penalty) | |
| Q3 2004 | 9/12/2011 | $1,714.87 | (Employer Taxes) | $2,358.90 |
| | 9/12/2011 | $179.73 | (Late Filing Penalty) | |
| | 9/12/2011 | $428.72 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,006.10 | (Interest) | |
| Q4 2004 | 9/12/2011 | $2,213.28 | (Employer Taxes) | $3,119.88 |
| | 9/12/2011 | $240.35 | (Late Filing Penalty) | |
| | 9/12/2011 | $553.32 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,248.34 | (Interest) | |
| Q1 2005 | 9/12/2011 | $2,206.68 | (Employer Taxes) | $6,371.80 |
| | 9/12/2011 | $496.50 | (Late Filing Penalty) | |
| | 9/12/2011 | $551.67 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,193.59 | (Interest) | |
| Q2 2005 | 9/12/2011 | $3,007.84 | (Employer Taxes) | $9,216.50 |
| | 9/12/2011 | $676.76 | (Late Filing Penalty) | |
| | 9/12/2011 | $751.96 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,547.23 | (Interest) | |
| | 9/12/2011 | $300.78 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $150.39 | (Tax Deposit Penalty) | |

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

5

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q3 2005 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $4,226.66<br>$951.00<br>$1,056.66<br>$2,057.72<br>$422.67<br>$211.33 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $12,784.39 |
| Q4 2005 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $4,044.21<br>$909.95<br>$1,011.05<br>$1,847.83<br>$404.42<br>$202.21 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $12,059.10 |
| Q1 2006 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $2,825.99<br>$635.85<br>$706.50<br>$1,210.79<br>$282.60<br>$141.30 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $8,311.41 |
| Q2 2006 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $3,535.27<br>$795.44<br>$883.82<br>$1,407.57<br>$353.52<br>$176.76 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $10,243.99 |
| Q3 2006 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $4,358.70<br>$980.71<br>$1,089.67<br>$1,594.20<br>$435.87<br>$217.93 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $12,427.74 |
| Q4 2006 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $3,646.03<br>$820.36<br>$911.51<br>$1,217.76<br>$364.59<br>$182.30 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $10,229.91 |
| Q1 2007 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $4,030.15<br>$422.65<br>$1,007.54<br>$1,224.71<br>$403.01<br>$201.51 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $4,786.33 |
| Q2 2007 | 9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>9/12/2011<br>10/17/2011 | $5,888.79<br>$653.56<br>$1,472.20<br>$1,609.83<br>$141.27<br>$294.44 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty) | $7,896.98 |

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

6

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q3 2007 | 9/12/2011 | $5,480.95 | (Employer Taxes) | $7,203.37 |
| | 9/12/2011 | $605.70 | (Late Filing Penalty) | |
| | 9/12/2011 | $1,288.02 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $1,344.40 | (Interest) | |
| | 9/12/2011 | $129.75 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $274.05 | (Tax Deposit Penalty) | |
| Q4 2007 | 9/12/2011 | $4,576.46 | (Employer Taxes) | $4,986.66 |
| | 9/12/2011 | $463.39 | (Late Filing Penalty) | |
| | 9/12/2011 | $1,006.82 | (Late Payment Tax Penalty) | |
| | 9/12/2011 | $985.76 | (Interest) | |
| | 9/12/2011 | $457.65 | (Tax Deposit Penalty) | |
| | 10/17/2011 | $228.82 | (Tax Deposit Penalty) | |
| Q1 2008 | 9/5/2011 | $3,846.39 | (Employer Taxes) | $3,895.84 |
| | 9/5/2011 | $367.07 | (Late Filing Penalty) | |
| | 9/5/2011 | $788.51 | (Late Payment Tax Penalty) | |
| | 9/5/2011 | $734.25 | (Interest) | |
| | 9/5/2011 | $384.63 | (Tax Deposit Penalty) | |
| | 10/10/2011 | $192.32 | (Tax Deposit Penalty) | |
| Q2 2008 | 9/5/2011 | $3,474.01 | (Employer Taxes) | $3,532.03 |
| | 9/5/2011 | $336.84 | (Late Filing Penalty) | |
| | 9/5/2011 | $660.06 | (Late Payment Tax Penalty) | |
| | 9/5/2011 | $593.66 | (Interest) | |
| | 9/5/2011 | $347.40 | (Tax Deposit Penalty) | |
| | 10/10/2011 | $173.70 | (Tax Deposit Penalty) | |
| Q3 2008 | 9/5/2011 | $2,692.19 | (Employer Taxes) | $2,902.19 |
| | 9/5/2011 | $279.94 | (Late Filing Penalty) | |
| | 9/5/2011 | $471.13 | (Late Payment Tax Penalty) | |
| | 9/5/2011 | $409.97 | (Interest) | |
| | 9/5/2011 | $269.22 | (Tax Deposit Penalty) | |
| | 10/10/2011 | $134.61 | (Tax Deposit Penalty) | |
| Q4 2008 | 9/5/2011 | $1,279.78 | (Employer Taxes) | $1,158.75 |
| | 9/5/2011 | $113.13 | (Late Filing Penalty) | |
| | 9/5/2011 | $204.76 | (Late Payment Tax Penalty) | |
| | 9/5/2011 | $169.96 | (Interest) | |
| Q1 2009 | 8/29/2011 | $1,832.53 | (Employer Taxes) | $1,745.27 |
| | 8/29/2011 | $172.04 | (Late Filing Penalty) | |
| | 8/29/2011 | $256.55 | (Late Payment Tax Penalty) | |
| | 8/29/2011 | $213.34 | (Interest) | |
| | 10/1/2012 | $7.65 | (Late Payment Penalty) | |
| Q2 2009 | 8/29/2011 | $1,700.51 | (Employer Taxes) | $1,460.46 |
| | 8/29/2011 | $145.24 | (Late Filing Penalty) | |
| | 8/29/2011 | $212.56 | (Late Payment Tax Penalty) | |
| | 8/29/2011 | $175.10 | (Interest) | |
| | 10/1/2012 | $16.14 | (Late Payment Penalty) | |
| Q3 2009 | 8/29/2011 | $448.03 | (Employer Taxes) | $454.12 |
| | 8/29/2011 | $45.63 | (Late Filing Penalty) | |
| | 8/29/2011 | $58.84 | (Late Payment Tax Penalty) | |
| | 8/29/2011 | $47.94 | (Interest) | |
| | 10/1/2012 | $6.09 | (Late Payment Penalty) | |

Motion for Summary Judgment 7
(Case No. 2:21-cv-00024-MLP)

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q4 2009 | 8/29/2011<br>8/29/2011<br>8/29/2011<br>8/29/2011<br>10/1/2012 | $1,931.33<br>$175.13<br>$183.48<br>$147.67<br>$23.35 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty) | $1,722.82 |
| Q1 2010 | 8/29/2011<br>8/29/2011<br>8/29/2011<br>8/29/2011<br>10/1/2012 | $3,515.78<br>$336.10<br>$281.26<br>$224.41<br>$89.62 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty) | $3,267.35 |
| Q2 2010 | 8/29/2011<br>8/29/2011<br>8/29/2011<br>8/29/2011<br>8/29/2011<br>10/3/2011<br>10/1/2012 | $2,691.73<br>$253.97<br>$174.96<br>$137.00<br>$269.16<br>$134.59<br>$67.72 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Tax Deposit Penalty)<br>(Tax Deposit Penalty)<br>(Late Payment Tax Penalty) | $2,440.63 |
| Q3 2010 | 8/29/2011<br>8/29/2011<br>8/29/2011<br>8/29/2011<br>10/1/2012 | $2,026.13<br>$226.37<br>$101.31<br>$77.20<br>$79.78 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty) | $2,149.43 |
| Q4 2010 | 8/29/2011<br>8/29/2011<br>8/29/2011<br>8/29/2011<br>10/1/2012 | $1,939.08<br>$215.53<br>$67.87<br>$51.38<br>$70.76 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty) | $1,777.42 |
| Q2 2015 | 10/5/2015<br>10/5/2015<br>10/5/2015<br>11/13/2017<br>10/8/2018<br>10/7/2019 | $1,492.55<br>$4.88<br>$1.77<br>$198.00<br>$64.92<br>$33.27 | (Employer Taxes)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Collection Fees and Expenses)<br>(Late Payment Penalty)<br>(Interest) | $663.29 |
| Q4 2015 | 10/8/2018<br>10/8/2018<br>10/8/2018<br>10/8/2018<br>10/7/2019<br>10/7/2019 | $1,897.79<br>$427.00<br>$313.14<br>$272.91<br>$161.30<br>$164.03 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty)<br>(Interest) | $3,441.26 |
| Q1 2016 | 8/28/2017<br>8/28/2017<br>8/28/2017<br>8/28/2017<br>10/8/2018<br>10/8/2018<br>10/7/2019<br>10/7/2019 | $2,125.95<br>$478.34<br>$170.08<br>$141.96<br>$276.37<br>$148.67<br>$85.04<br>$188.28 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty)<br>(Interest)<br>(Late Payment Penalty)<br>(Interest) | $3,792.04 |

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

8

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q2 2016 | 8/28/2017 | $1,744.73 | (Employer Taxes) | $3,124.82 |
| | 8/28/2017 | $392.56 | (Late Filing Penalty) | |
| | 8/28/2017 | $113.41 | (Late Payment Tax Penalty) | |
| | 8/28/2017 | $93.96 | (Interest) | |
| | 10/8/2018 | $226.81 | (Late Payment Penalty) | |
| | 10/8/2018 | $119.53 | (Interest) | |
| | 10/7/2019 | $95.96 | (Late Payment Penalty) | |
| | 10/7/2019 | $151.63 | (Interest) | |
| Q3 2016 | 8/28/2017 | $1,942.71 | (Employer Taxes) | $3,446.66 |
| | 8/28/2017 | $437.11 | (Late Filing Penalty) | |
| | 8/28/2017 | $97.14 | (Late Payment Tax Penalty) | |
| | 8/28/2017 | $79.76 | (Interest) | |
| | 10/8/2018 | $252.55 | (Late Payment Penalty) | |
| | 10/8/2018 | $130.34 | (Interest) | |
| | 10/7/2019 | $135.98 | (Late Payment Penalty) | |
| | 10/7/2019 | $165.65 | (Interest) | |
| Q4 2016 | 8/28/2017 | $1,562.93 | (Employer Taxes) | $2,746.72 |
| | 8/28/2017 | $351.66 | (Late Filing Penalty) | |
| | 8/28/2017 | $54.70 | (Late Payment Tax Penalty) | |
| | 8/28/2017 | $44.35 | (Interest) | |
| | 10/8/2018 | $203.18 | (Late Payment Penalty) | |
| | 10/8/2018 | $102.65 | (Interest) | |
| | 10/7/2019 | $132.85 | (Late Payment Penalty) | |
| | 10/7/2019 | $130.70 | (Interest) | |
| Q1 2017 | 7/31/2017 | $534.45 | (Employer Taxes) | $844.21 |
| | 7/31/2017 | $48.10 | (Late Filing Penalty) | |
| | 7/31/2017 | $8.02 | (Late Payment Tax Penalty) | |
| | 7/31/2017 | $5.91 | (Interest) | |
| | 10/8/2018 | $72.14 | (Late Payment Penalty) | |
| | 10/8/2018 | $32.33 | (Interest) | |
| | 10/7/2019 | $53.45 | (Late Payment Penalty) | |
| | 10/7/2019 | $39.49 | (Interest) | |
| Q2 2017 | 9/18/2017 | $961.89 | (Employer Taxes) | $1,674.62 |
| | 9/18/2017 | $43.29 | (Late Filing Penalty) | |
| | 9/18/2017 | $9.62 | (Late Payment Tax Penalty) | |
| | 9/18/2017 | $5.41 | (Interest) | |
| | 10/8/2018 | $120.24 | (Late Payment Penalty) | |
| | 10/8/2018 | $49.54 | (Interest) | |
| | 10/7/2019 | $110.61 | (Late Payment Penalty) | |
| | 10/7/2019 | $76.22 | (Interest) | |
| Q3 2017 | 8/20/2017 | $642.45 | (Employer Taxes) | $1,092.94 |
| | 8/20/2017 | $144.55 | (Late Filing Penalty) | |
| | 8/20/2017 | $32.12 | (Late Payment Tax Penalty) | |
| | 8/20/2017 | $28.85 | (Interest) | |
| | 10/7/2019 | $86.73 | (Late Payment Penalty) | |
| | 10/7/2019 | $53.82 | (Interest) | |

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

9

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

| Tax Period | Assessment Date | Assessment Amount | | Unpaid Balance as of April 30, 2021 |
|---|---|---|---|---|
| Q4 2017 | 8/20/2017<br>8/20/2017<br>8/20/2017<br>8/20/2017<br>10/7/2019<br>10/7/2019 | $85.82<br>$19.31<br>$3.00<br>$2.76<br>$11.59<br>$7.04 | (Employer Taxes)<br>(Late Filing Penalty)<br>(Late Payment Tax Penalty)<br>(Interest)<br>(Late Payment Penalty)<br>(Interest) | $144.59 |

*See* United States' Ex. 1 at Exs. A and B. As of the date indicated in the above chart, these liabilities total $238,137.37.

The United States recorded Notices of Federal Tax Liens encumbering the Subject Property with the County Auditor for Island County, Washington for federal taxes in excess of $341758.32 owed by Diana Wright as follows:

| Date | Document Number | Tax Type | Tax Periods |
|---|---|---|---|
| October 11, 2011 | 4302568 | Form 941 | 2005 Q1-4; 2006 Q1-4; 2007 Q1-4; 2008 Q1-3 |
| October 11, 2011 | 4302569 | Form 940 | 2006-2010 |
| October 11, 2011 | 4302569 | Form 941 | 2008 Q4; 2009 Q1-4; 2010 Q1-4; 2011 Q1 |
| October 11, 2011 | 4302570 | Form 941 | 2001 Q1, Q3, Q4; 2002 Q1-4; 2003 Q1-4; 2004 Q1-4 |
| November 1, 2011 | 4303788 | Form 940 | 2001-2004 |
| November 8, 2011 | 4304202 | Form 940 | 2001-2004; 2006 |
| November 8, 2011 | 4304202 | Form 941 | 2009 Q1-4; 2010 Q1-4; 2011 Q1 |
| November 8, 2011 | 4304203 | Form 940 | 2007-2010 |
| April 24, 2012 | 4314020 | Form 941 | 2001 Q2 |
| October 17, 2017 | 4432198 | Form 940 | 2016 |
| October 17, 2017 | 4432198 | Form 941 | 2015 Q2; 2016 Q1-4; 2017 Q1 |
| November 20, 2018 | 4455268 | Form 940 | 2015, 2017 |
| November 20, 2018 | 4455268 | Form 941 | 2015 Q4; 2017 Q2-4 |

*See* ECF No. 2 at page 2-3 (citing ECF No. 2-1).

The mortgage holder on the Subject Property instituted a non-judicial foreclosure action on the Subject Property as a result of non-payment of mortgage payments. *See* ECF No. 1-1 at pages 8-9. Plaintiff Quality Loan Services Corporation of Washington executed the sale of the Subject Property, satisfied the obligation to the mortgage holder, and then took $1,093.35 as

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

10

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

"Attorney Fees and Costs" from the remaining proceeds of the non-judicial foreclosure sale of the Subject Property. *See id*. at pages 2-3. Plaintiff alleged that the $1,093.35 were fees and costs associated with its work on the state court interpleader action that Defendant removed. *Id*. Plaintiff then deposited the remaining $152,465.72 of the surplus funds with the Island County state court. *Id*.

## ARGUMENT

By operation of 26 U.S.C. §§ 6321 & 6322, federal tax liens arose on the dates of the assessments, and they attach to all of Defendant Samuel and Diana Wright's assets, including their interests in the Subject Property, and the proceeds from the foreclosure sale of the Subject Property. *See United States v. Palmer*, 2009 WL 1683172, at *5 (W.D. Wash. June 16, 2009) ("Pursuant to the Internal Revenue Code, the government of the United States obtains a lien against 'all property and rights to property, whether real or personal' of any person who neglects or refuses to pay their taxes. The lien arises automatically on the date of the assessment and continues until the tax liability is satisfied.") (*citing United States v. National Bank of Commerce*, 472 U.S. 713, 719, 105 S.Ct. 2919 (1985)). Based on its existing tax liens, Defendants' tax liabilities owed to the United States are greater than the interpleaded surplus proceeds from the sale of the Subject Property.

It was improper for Plaintiff Quality Loan Service Corporation of Washington to take attorney fees and costs associated with filing the interpleader action before depositing the proceeds of the non-judicial foreclosure sale of the Subject Property. The Federal Tax Liens take priority over any claim by the Trustee or successor Trustee Quality Loan Service Corporation of Washington. *U.S. By & Through I.R.S. v. McDermott*, 507 U.S. 447 (1993) ("Absent provision to the contrary, priority for purposes of federal law is governed by the common-law principle that 'the first in time is the first in right.'"). Because successor Trustee Quality Loan Service Corporation of Washington's claim on the Surplus Funds results from the March 13, 2020 sale of

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

11

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

the Subject Property, that claim cannot have come into existence before the United States' claims based on Federal Tax Liens filed between 2011 and 2018.

Nor does 26 U.S.C. § 6323 provide Plaintiff any relief. Although that section includes two provisions regarding attorneys' fees, neither applies. Subsection (b)(8) only applies where the attorney fees were accrued in the process of procuring a judgment, which is not the case here where the fees and costs were incurred as part of the interpleader filing. *Blimpie Int'l, Inc. v. Peacox Ventures, LLC*, 2001 WL 1155076, at *2 (N.D. Cal. Sept. 19, 2001) ("The exception is limited by its terms 'to the extent of [the attorney's] reasonable compensation for obtaining such judgment or procuring such settlement.'"); *see also United States v. State Nat. Bank of Conn.*, 421 F.2d 519, 521 (2d Cir. 1970). In addition, subsection (e)(3) only applies priority to fees and costs reasonably incurred by attorneys collecting or enforcing an obligation, which might be the case if the fees and costs were incurred during the non-judicial foreclosure, but since the fees were incurred as part of this interpleader action (e)(3) also does not apply. *Abex Corp. v. Ski's Enterprises, Inc.*, 748 F.2d 513, 516-517 (9th Cir. 1984). The Federal Tax Liens in this matter are valid, and because there is no statutory exception to the priority granted those Federal Tax Liens as the first in time filing, the Federal Tax Liens are superior to Plaintiff's claimed fees and costs.

Plaintiff Quality Loan Service Corporation of Washington was not entitled to take Attorney Fees and Costs before the United States was fully paid its interest in the Subject Property. As such, that portion of the Surplus Funds was improperly withheld by Quality Loan Service Corporation of Washington and must be deposited with the Court and awarded to the United States.

## CONCLUSION

The United States of America asks that the Court order (1) that Quality Loan Service Corporation be ordered to deposit the $1,093.35 that it improperly awarded itself with the Court,

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

12

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

and (2) that the Court award $153,559.07 of the surplus funds from the trustee's non-judicial foreclosure sale of 386 SE Pasek St., Oak Harbor, WA 98277 to the United States.

DATED this 4th day of June, 2021.

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ James Petrila*
JAMES PETRILA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

13

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

# CERTIFICATE OF SERVICE

Defendant United States of America, by and through its undersigned counsel, hereby gives notice that on June 4, 2021 it caused true and correct copies of this United States' Motion for Summary Judgment to be delivered to registered parties via ECF, and on the following via U.S. Mail:

RESIDENT
386 SE PASEK ST
OAK HARBOR. WA 98277

OCCUPANT
386 SE PASEK ST
OAK HARBOR, WA 98277

ISLAND COUNTY TREASURER
I NE 7TH STREET
COUPEVILLE, WA 98239

WASHINGTON DEPARTMENT OF REVENUE
PO BOX 47450
OLYMPIA, WA 98504-7450

CURRENT OCCUPANT
386 SE PASEK ST
OAK HARBOR, WA 98277

SAMUEL M. WRIGHT
386 SE PASEK ST
OAK HARBOR, WA 98277

DIANA L. WRIGHT
386 SE PASEK ST
OAK HARBOR. WA 98277

DIANA L. WRIGHT
326 NW 8TH AVE
OAK HARBOR, WA 98277

STATE OF WASHINGTON
DEPARTMENT OF LABOR & INDUSTRIES
COLLECTIONS
7273 LINDERSON WAY SW
TUMWATER, WA 98501 5414

STATE OF WASHINGTON
DEPARTMENT OF LABOR & INDUSTRIES
525 EAST COLLEGE WAY, STE H

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

14

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648

MOUNT VERNON, WA 98273-5500

Motion for Summary Judgment
(Case No. 2:21-cv-00024-MLP)

15

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6648