UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL M. WRIGHT, DIANA L. WRIGHT, INTERNAL REVENUE SERVICE, STATE OF WASHINGTON DEPARTMENT OF LABOR & INDUSTRIES, ISLAND COUNTY TREASURER, WASHINGTON DEPARTMENT OF REVENUE,<br><br>Defendants. | No. 2:21-cv-00024-MLP<br><br>**DECLARATION OF KRISTEN GROVE** |

I, Kristen Grove, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Revenue Officer with the Internal Revenue Service ("IRS") in Seattle, WA.

2. In my capacity as a Revenue Officer, I am familiar with IRS records and transcripts. I am also familiar with IRS collections procedures and processes and have access to and am readily familiar with IRS records and computerized information regarding the investigation of the federal tax liabilities of the taxpayer matters assigned to me. I also have personal knowledge of the manner in which such IRS records and computerized information are created and maintained.

3. My official duties include providing litigation support for the government attorneys who handle litigation in U.S. District Courts on behalf of the United States. This support includes, but is not limited to, researching and computing current outstanding balances of liabilities owed by taxpayers involved in litigation. I am authorized to access the IRS Individual Master File and Business Master File, which are electronic records of assessments, payments, and other information, and can retrieve

computerized information regarding accrued but unassessed statutory interest and penalties owing with respect to unpaid assessments.

4. In my capacity as a Revenue Officer, and at the request of the United States Department of Justice, Tax Division, I have researched and computed the balance due from Diana L. Wright for unpaid outstanding federal unemployment taxes (Form 940) for the taxable years 2001 through 2004, 2006 through 2010, and 2015 through 2017, and for unpaid outstanding federal employer taxes (Form 941) for the taxable periods 2001 Q1 through 2010 Q4, 2015 Q2, and 2015 Q4 through 2017 Q4.

5. A duly authorized delegate of the Secretary of Treasury made timely assessments against Diana L. Wright. Attached hereto as Exhibit A are true and accurate copies of federal tax transcripts reflecting the assessments for the tax periods noted in paragraph 4 of this declaration.

6. Despite timely notice and demand for payment of the tax assessments described above, Diana L. Wright neglected or refused to make full payment of the assessed amounts to the United States.

7. To compute an accurate current balance due with respect to the assessments, credit entries (such as payments or adjustments) must be subtracted from, and accrued interest amounts must be added to, the assessed amounts. The IRS relies on the Integrated Data Retrieval System ("IDRS") to store and track tax account information. The IDRS is also used to make up-to-date interest calculations for balances owed; the system performs interest computations applying the applicable statutory interest rates, compounded daily. I am informed and believe that the floating rate of interest on tax underpayments has been programmed into Internal Revenue Service computers. I am familiar with the proper use of the IRS computer interest calculation functions. In particular, I am familiar with the proper use of the IRS computer command code "INTSTD" which provides a calculation of accrued interest and penalties to any requested date, on unpaid tax assessments for a particular taxpayer.

8. The INTSTD module in IDRS was used to calculate the amount of accrued tax, interest and penalties due, as of April 30, 2021, on assessments made against Diana L. Wright, for the periods and liabilities at issue in this case.

9. Attached as Exhibit B are true and correct copies of the IDRS INTSTD module printouts (with social security number redacted) showing a breakdown of the unpaid outstanding federal income taxes, penalties and interest assessed against Diana L. Wright as specified in paragraph 4 of this declaration.

10. The first paragraph of each INTSTD module printout for each period is a summary for each period. The summary contains the following items:

   a. total assessed amount ("ASSESSED TOTAL"), which is made up of assessed failure to pay penalties ("ASSESSED FTP"), assessed interest ("ASSESSED INT") and assessed tax and penalties ("TAX & PENALTY");

   b. total accruals that have continued to accrue pursuant to I.R.C. §§ 6601, 6621(a)(2), and 26 C.F.R. 301.6621-1, but have not yet been assessed ("TOTAL ACCRUALS"), which is made up of accrued but unassessed failure to pay penalties ("ACCRUED FTP") and accrued but unassessed interest ("ACCRUED INT");

   c. the combined amounts (both assessed and accrued) for interest ("TOTAL INT"); and for failure to pay penalties ("TOTAL FTP");

   d. the total "BALANCE DUE" is the sum of "ASSESSED TOTAL" and "TOTAL ACCRUALS."

11. The accruals are calculated as of April 30, 2021 (reflected as "04302021" on the first page of each INTSTD module).

12. In addition to the summary paragraph, each INTSTD module printout includes Interest Computation Tables, which show the calculation of accrued interest, which is calculated at a variable interest rate that is tied to the Federal short-term rate

pursuant to I.R.C. § 6621(a)(2) (the quarterly federal short term rate plus 3%).

13. The first column, "CODE," lists either the applicable underpayment interest rate under I.R.C. § 6621(a)(2) for the period at issue or the event code designating specified events, such as assessment or payment and credits.

14. The second column, "TRANS-AMT," reflects any amounts associated with the event codes in the first column. The information in the third and fourth columns, "DATE" and "TO-DT," show the beginning and ending dates (by year, month, and date) for the period for the entry. With respect to the accrued interest calculations, this is the accrual period covered by each entry. The "INT-PRINCIPAL" column lists the amount of accrued interest and principal due as of the beginning of the accrual period. The "FACTOR" column is the interest rate in the first column prorated for the period at issue (as set by the third and fourth columns). Finally, the "INTEREST-AMT" column calculates the amount of interest accrued on the balance due for the period at issue. The sum of the values in the "INTEREST-AMT" column is equal to the value in the "TOTAL INT" entry on the summary paragraph of each INTSTD module. The summary paragraph of each INTSTD module further breaks down interest into "ASSESSED INT" (assessed interest) and "ACCRUED INT" (accrued but not yet assessed interest). The amount listed as "ASSESSED INT" is equal to the sum of the assessed interest listed on the corresponding Form 4340. The amount listed as "ACCRUED INT" is the total amount of interest (whether assessed or not) accrued minus the assessed interest.

15. The total outstanding balance of the assessments against Diana L. Wright for the assessments noted in paragraph 4 of this declaration, due as of April 30, 2021, including statutory accruals through that date are as follows:

| Tax Period (Form 940) | Unpaid Balance as of April 30, 2021 |
|---|---|
| 2001 | $903.48 |
| 2002 | $745.93 |
| 2003 | $608.61 |
| 2004 | $663.14 |
| 2006 | $1,749.58 |
| 2007 | $862.08 |
| 2008 | $516.73 |
| 2009 | $268.24 |
| 2010 | $95.98 |
| 2015 | $76.17 |
| 2016 | $277.54 |
| 2017 | $108.65 |

| Tax Period (Form 941) | Unpaid Balance as of April 30, 2021 |
|---|---|
| Q1 2001 | $6,515.34 |
| Q2 2001 | $10,313.04 |
| Q3 2001 | $9,606.95 |
| Q4 2001 | $3,803.48 |
| Q1 2002 | $3,874.22 |
| Q2 2002 | $6,178.47 |
| Q3 2002 | $2,758.44 |
| Q4 2002 | $3,059.07 |
| Q1 2003 | $4,236.16 |
| Q2 2003 | $3,218.45 |
| Q3 2003 | $5,530.94 |
| Q4 2003 | $7,411.61 |
| Q1 2004 | $6,805.58 |

| Tax Period (Form 941) | Unpaid Balance as of April 30, 2021 |
|---|---|
| Q2 2004 | $5,351.20 |
| Q3 2004 | $2,358.90 |
| Q4 2004 | $3,119.88 |
| Q1 2005 | $6,371.80 |
| Q2 2005 | $9,216.50 |
| Q3 2005 | $12,784.39 |
| Q4 2005 | $12,059.10 |
| Q1 2006 | $8,311.41 |
| Q2 2006 | $10,243.99 |
| Q3 2006 | $12,427.74 |
| Q4 2006 | $10,229.91 |
| Q1 2007 | $4,786.33 |
| Q2 2007 | $7,896.98 |
| Q3 2007 | $7,203.37 |
| Q4 2007 | $4,986.66 |
| Q1 2008 | $3,895.84 |
| Q2 2008 | $3,532.03 |
| Q3 2008 | $2,902.19 |
| Q4 2008 | $1,158.75 |
| Q1 2009 | $1,745.27 |
| Q2 2009 | $1,460.46 |
| Q3 2009 | $454.12 |
| Q4 2009 | $1,722.82 |
| Q1 2010 | $3,267.35 |
| Q2 2010 | $2,440.63 |

| Tax Period (Form 941) | Unpaid Balance as of April 30, 2021 |
|---|---|
| Q3 2010 | $2,149.43 |
| Q4 2010 | $1,777.42 |
| Q2 2015 | $663.29 |
| Q4 2015 | $3,441.26 |
| Q1 2016 | $3,792.04 |
| Q2 2016 | $3,124.82 |
| Q3 2016 | $3,446.66 |
| Q4 2016 | $2,746.72 |
| Q1 2017 | $844.21 |
| Q2 2017 | $1,674.62 |
| Q3 2017 | $1,092.94 |
| Q4 2017 | $144.59 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 3rd day of June, 2021.

*[signature]*

Kristen Grove
Revenue Officer
Internal Revenue Service