| | |
|---|---|
| In Re the Trustee's Sale of the real property of:<br><br>SAMUEL M. WRIGHT and DIANA L. WRIGHT<br><br>(the Grantors | Case No.: 2:21-cv-00024-MLP<br><br>**QUALITY LOAN SERVICE CORPORATION OF WASHINGTON'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: July 2, 2021 |

COMES NOW, Quality Loan Service Corporation of Washington ("QLS"), making this Reply to the United States' Motion for Summary Judgment noted for hearing on July 2, 2021.

**A.   QLS Is Entitled to Its Fees and Costs**

QLS does not oppose the Unites States' motion generally. However, it does oppose any attempts by the United States to strip it of its duly earned fees and reasonably incurred costs.

Under Washington state statute RCW 61.24.080, the order of the disposition of the proceeds of sale is the trustee and its attorneys, the obligation secured by the deed of trust, and then to any lienholders.

Under RCW 61.24.080(3), the trustee is required to deposit any surplus funds with the clerk of the court along with a written notice of deposit. That notice of deposit is required to be mailed to all interested parties. Since this is an interpleader filed with the court, attorneys' fees are accrued in the preparation of the notice. Costs are also incurred for mailing the notice to all required parties.

ORDER GRANTING MOTION TO DISMISS
PAGE - 1

MH FILE NO.: WA-19-865935-JUD

MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA 98104
PH: (206) 596-4856
FX: (206) 274-4902

These fees and costs are incurred by the trustee during the execution of its statutorily required obligations under a non-judicial foreclosure sale.

Under RCW 61.24.080(1), the trustee is entitled to the "expense of the sale, including reasonable charge by the trustee and by his or her attorney." Because the depositing of the funds and the requisite notice is required by statute under RCW 61.24.080(3) as part of the non-judicial foreclosure process, a trustee is entitled to those funds under RCW 61.24.080(1). The fact that the deposit process is part of a non-judicial foreclosure is bolstered by the process being included in the Deed of Trust Act, RCW 61.24, which outlines all of the necessary procedures for a non-judicial foreclosure.

Under the United States' argument that a lienholder has priority over even the trustee, the trustee would not even be able to collect its fees for conducting the trustee's sale itself because the foreclosure was after the IRS liens were created. This is counter to the state's governing statute. Further, the United States cites *Abex Corp. v. Ski's Enterprises, Inc.*, 748 F.2d 513, 516-517 (9th Cir. 1984) for the proposition that fees and costs could be recovered if they were part of the non-judicial foreclosure. As argued above, by Washington statute, they are.

### Conclusion

QLS is entitled to its attorney's fees and costs by law. The order of disposition of the sale proceeds in Washington are 1) the trustee and its attorney 2) the debtholder and then 3) the lienholders. The United States is only a lienholder and only has priority over other lienholders and the debtor. The United Stats' Motion should be denied as to its claim for QLS's lawful and appropriate fees and costs.

Dated: June 4, 2021

/s/ Warren Lance
_____

McCarthy & Holthus, LLP
Warren Lance WSBA #51586
Attorney for Quality Loan Service
Corporation of Washington

ORDER GRANTING MOTION TO DISMISS
PAGE - 2

MH FILE NO.: WA-19-865935-JUD

MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA 98104
PH: (206) 596-4856
FX: (206) 274-4902

## CERTIFICATE OF SERVICE

I certify that on June 4, 2021, I electronically filed the foregoing Response to Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

James Petrila
Attorney for US DEPARTMENT OF
JUSTICE (TAX - 555 4TH ST)
TAX DIVISION
555 4TH ST NW
ROOM 8921C
WASHINGTON, DC 20001
james.petrila@usdoj.gov


**McCarthy & Holthus, LLP**

s/ Warren Lance
_____

Printed Name: Warren Lance
_____

Of Attorneys for McCarthy & Holthus, LLP

ORDER GRANTING MOTION TO DISMISS
PAGE - 3

MH FILE NO.: WA-19-865935-JUD

MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA 98104
PH: (206) 596-4856
FX: (206) 274-4902