HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL M. WRIGHT, DIANA L. WRIGHT, INTERNAL REVENUE SERVICE, STATE OF WASHINGTON DEPARTMENT OF LABOR & INDUSTRIES, ISLAND COUNTY TREASURER, WASHINGTON DEPARTMENT OF REVENUE,<br><br>Defendants. | No. 2:21-cv-00024-BJR<br><br>**ORDER TRANSFERRING INTERPLEADED FUNDS TO THIS COURT** |

Upon review of the record in this matter and Defendant United States of America's Motion for an Order to State Court to Transfer Interpleaded Funds to this Court, the Court hereby GRANTS the United States' Motion.

The Court therefore ORDERS that the Clerk of the Washington State Superior Court for Island County shall transfer the $152,465.72 of interpleaded funds plus any accrued interest that the Clerk is currently holding in relation to the former Case No. 20 2 00385 15, which action was removed to the United States District Court for the Western District of Washington at Seattle, to this Court so that this Court may deposit those funds in the Registry of the Court pursuant to Local Civil Rule 67 and distribute those funds in accordance with this Court's Orders.

1

      Funds may be transferred to the Court via a check payable to US District Court Clerk and sent to 700 Stewart St. Seattle, WA 98101

IT IS SO ORDERED.

Date:   October 8, 2021

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge