HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, | ) ) ) | No. 2:21-cv-00024-BJR |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER DISTRIBUTING INTERPLEADER FUNDS** |
| SAMUEL M. WRIGHT, DIANA L. WRIGHT, INTERNAL REVENUE SERVICE, STATE OF WASHINGTON DEPARTMENT OF LABOR & INDUSTRIES, ISLAND COUNTY TREASURER, WASHINGTON DEPARTMENT OF REVENUE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Upon review of the record in this matter and Defendant United States of America's Motion for an Order to Distribute Interpleader Funds, the Court hereby GRANTS the United States' Motion.

The Court therefore ORDERS that the Clerk of this Court shall distribute the entirety of the $152,465.72 of interpleaded funds plus any accrued interest that the Clerk is currently holding in relation to this case to the United States.

In order to effectuate this ORDER, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of this court in the principal amount of $152,465.72 plus all accrued interest, minus any statutory user fees, payable to U.S. Department of Justice referencing Case No. No. 2:21-cv-00024-BJR and mail the check as follows.

1

1    If by United States Mail:

2            Department of Justice ATTN: TAXFLU

3            P.O. Box 310 - Ben Franklin Station

4            Washington, D.C. 20044

5    If by courier service (FedEx/UPS etc.):

6            Department of Justice ATTN TAXFLU

7            One Constitution Square Bldg

8            1275 1st Street, NE, #11501

9            Washington, D.C. 20002

10

11

12   IT IS SO ORDERED.

13

14   Date: November 18, 2020

15

16                                         Barbara Jacobs Rothstein
                                           U.S. District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28

2